# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140569

LABARON ELLIS and THOMAS J. EDMUNDS,
Co-Personal Representatives of the Estate of
SAUNDRA L. EDMUNDS,
          Plaintiffs-Appellants,
v

HENRY FORD HEALTH SYSTEM, d/b/a
HENRY FORD HOSPITAL, SACHIN GOEL,
M.D., JOSEPH LEBEL, D.O., and JOHN
FERRARA, M.D.,
          Defendants-Appellees.
_____/

SC: 140569
COA: 284319
Wayne CC: 04-426500-NH

On order of the Court, the application for leave to appeal the January 5, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

_____
Clerk

d0323